# In the United States District Court for the Southern District of Georgia Brunswick Division

TIMOTHY HINTON,

    Plaintiff,

v.

CORECIVIC, INC. et al.,

    Defendants.

CV 520-088

## ORDER

Before the Court is Plaintiff Timothy Hinton's Notice of Voluntary Dismissal, dkt. no. 33, wherein he notifies the Court that he wishes to dismiss all claims asserted in this action without prejudice. The Notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, all claims asserted in this action are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to **TERMINATE** all pending motions and **CLOSE** this case.

**SO ORDERED**, this 12 day of January, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA